**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| XIAOQIONG LUO, | No. ED CV 26-661-JLS(E) |
| Petitioner, | |
| v. | ORDER ACCEPTING FINDINGS, |
| WARDEN, ETC., ET AL., | CONCLUSIONS AND RECOMMENDATIONS |
| Respondents. | OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which any objections have been made. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that: (1) the Report and Recommendation is accepted and adopted; and (2) Judgment shall be entered ordering that Petitioner be released from immigration detention on reasonable conditions of supervision.

///

///

IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on Petitioner and counsel for Respondents.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: April 30, 2026.

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE