JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIAOQIONG LUO,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WARDEN, ETC., ET AL.,<br><br>　　　　Respondents. | No. ED CV 26-661-JLS(E)<br><br><br>JUDGMENT |

IT IS ADJUDGED that Petitioner be released from immigration detention on reasonable conditions of supervision.

DATED: April 30 2026.


_____

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE